# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

BOARD OF TRUSTEES OF THE AUTOMOTIVE
INDUSTRIES WELFARE FUND, AUTOMOTIVE
INDUSTRIES PENSION FUND; JIM BENO
TRUSTEE,

V.

MARK CRODA, individually and doing
business as EL SOBRANTE MOTORS-
MOBILE UNIT, and as EL SOBRANTE
TOWN GARAGE,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2096 PJH

TO: (Name and address of defendant)
Mark Croda
El Sobrante Motors- Mobile Unit
4427 San Pablo Dam Road
El Sobrante, CA  94803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 2 2 2008
DATE_____

Helen L. Almacen
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                              Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure