ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>Plaintiff,<br><br>vs.<br><br>MARK CRODA, individually and doing business as EL SOBRANTE MOTORS-MOBILE UNIT, and as EL SOBRANTE TOWN GARAGE,<br><br>Defendant. | NO.  C 08 2096 PJH<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, hereby applies ex parte for an order to continue the Case Management Conference from July 23, 2008 to October 2, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:   July 23, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:/s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiff