```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>Plaintiff,<br><br>vs.<br><br>MARK CRODA, individually and doing business as EL SOBRANTE MOTORS-MOBILE UNIT, and as EL SOBRANTE TOWN GARAGE,<br><br>Defendant. | NO.  C 08 2096 PJH<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service was accomplished upon the only party in this case on May 14, 2008. No responsive pleading was filed.

3. Settlement discussions of this case appears very

likely, but is contingent upon a decision of the trustees to be made at a meeting on September 9, 2008. A continuance will save Court and attorney time in this proceeding.

    4.   It is requested that the Court continue the Case Management Conference sixty days hence.

    5.   Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for July 31, 2008 to October 2, 2008 to allow the parties time to settle this case and avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 23, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 23, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Mark A Croda
dba El Sobrante Motors
4427 San Pablo Dam Road
El Sobrante, CA 94803

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman