ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. ) <br> Plaintiffs, ) <br> vs. ) <br> MARK CRODA, individually and doing business as EL SOBRANTE MOTORS- MOBILE UNIT, and as EL SOBRANTE TOWN GARAGE, ) <br> Defendant. ) | NO.  C 08 2096 PJH <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for July 23, 2008 be continued to October 2, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____

_____
Honorable Judge Phyllis J. Hamilton

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE