```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MARK CRODA, individually and doing business as EL SOBRANTE MOTORS-MOBILE UNIT, and as EL SOBRANTE TOWN GARAGE,<br>　　　　Defendant. | NO.  C 08 2096 PJH<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for July 23, 2008 be continued to October 2, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 7/25/08

_____
Honorable Judge Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signed seal)*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE