```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br>                Plaintiffs,<br>vs.<br>MARK CRODA, individually and doing business as EL SOBRANTE MOTORS-MOBILE UNIT, and as EL SOBRANTE TOWN GARAGE<br>                Defendant. | NO.  C 08 2096 PJH<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 6, 2008 be continued to December 4, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 10/31/08                                      
                                                      Honorable Judge Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE