```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
                  UNITED STATES DISTRICT COURT
 7
                  NORTHERN DISTRICT OF CALIFORNIA
 8
 9
    BOARD OF TRUSTEES OF THE AUTOMOTIVE)   NO. C 08 2096 PJH
10  INDUSTRIES WELFARE FUND, AUTOMOTIVE)
    INDUSTRIES PENSION FUND, JIM BENO, )
11  TRUSTEE,                           )
                                       )
12                  Plaintiffs,        )
                                       )
13          vs.                        )   NOTICE OF
                                       )   VOLUNTARY DISMISSAL
14  MARK CRODA, individually and doing )
    business as EL SOBRANTE MOTORS-    )
15  MOBILE UNIT, and as EL SOBRANTE    )
    TOWN GARAGE                        )
16                  Defendant.         )
    _____)
17
```

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for December 4, 2008 at 2:30 p.m. in Courtroom No. 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    November 24, 2008          ERSKINE & TULLEY



                                     By:/s/Michael J. Carroll
                                        Michael J. Carroll
                                        Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

|  |  |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On November 24, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Mark A Croda
dba El Sobrante Motors
4427 San Pablo Dam Road
El Sobrante, CA 94803

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL